IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA SCOTT,

    Plaintiff

v                                        Civil: C-1-02-75

UNION CENTRAL,

    Defendant

## ORDER

Defendant's Unopposed Motion for Extension of Time to File its Summary Judgment Reply (#25) is GRANTED. Defendant is hereby Granted an Extension to September 9, 2003 to file its Reply.

**IT IS SO ORDERED.**

                                                    **s/Herman J. Weber**
                                      **Herman J. Weber, Senior Judge**
                                      **United States District Court**