IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT,

      Plaintiff

v                                    Civil: C-1-02-75

UNION CENTRAL,

      Defendant

## ORDER

    Parties are advised that Trial in the above styled case is RESCHEDULED to the April 2004 trial term.  Counsel shall file their Joint Final Pretrial Order on or before March 5, 2004.

    **IT IS SO ORDERED.**


                             **s/Herman J. Weber**
                        **Herman J. Weber, Senior Judge**
                        **United States District Court**