

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA M. SCOTT, | : | Case No. C-1-02-075 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Herman J. Weber |
| v. | : | Magistrate Judge Timothy S. Hogan |
| | : | |
| THE UNION CENTRAL LIFE | : | |
| INSURANCE COMPANY, | : | **DEFENDANT'S NOTICE OF FILING ITS** |
| | : | **HIGHLIGHTED VERSION OF** |
| Defendant. | : | **PLAINTIFF'S SUMMARY JUDGMENT** |
| | : | **PROPOSED FINDINGS OF FACT** |

Defendant, The Union Central Life Insurance Company, herewith submits, for the Court's summary judgment review, Defendant's highlighted version of Plaintiff's proposed findings of fact.

Respectfully submitted,

Deborah DeLong (0014174)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8356

Trial Attorney for Defendant,
The Union Central Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2003, a copy of the foregoing was filed with the Court and sent, by regular U.S. mail, to Plaintiff's counsel, George Reul, Jr., at the following address: Freking & Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202.

_____
Deborah DeLong

952620v1