UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA SCOTT, | : | Civil Action No. C-1-02-075 |
| Plaintiff, | : | |
| v. | : | Judge Weber |
| | : | Magistrate Judge Hogan |
| THE UNION CENTRAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Michael J. Newman, of the law firm Dinsmore & Shohl LLP, hereby enters an appearance as counsel for Defendant in this matter.

Respectfully submitted,

/s/ Michael J. Newman
Deborah DeLong (0014174)
Michael J. Newman (0042684)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Tel.: (513) 977-8646
Fax: (513) 977-8141

Trial Attorneys for Defendant
The Union Central Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July 2004, a copy of the foregoing was filed electronically with the United States District Court and mailed, the same day, by regular, U.S. mail, to Plaintiff's counsel, Randolph H. Freking, Esq. and George M. Reul, Jr., Esq., Freking & Betz, 215 East Ninth Street, Cincinnati, Ohio 45202.

/s/ Michael J. Newman

1031818v1