**APPENDIX A**

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

**PLAINTIFF'S WITNESS LIST**

DONNA SCOTT
v. THE UNION CENTRAL LIFE                           CASE NO. C-1-02-075
INSURANCE COMPANY

---

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HERMAN J. WEBER | RANDOLPH H. FREKING<br>GEORGE M. REUL, JR. | DEBORAH DELONG<br>MICHAEL J. NEWMAN |

TRIAL DATE(S)   August Trial Calender

---

| PLF. NO. | PLAINTIFF NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|---|
| 1 | Donna Scott | Ms. Scott is expected to testify regarding her claims against Def., the damages she suffered, and other matters discussed in her deposition. |
| 2 | Rebecca Deppen | Ms. Deppen is expected to testify regarding her knowledge of Pl's employment, Def's policies and procedures and other matters discussed in her deposition. |
| 3 | Richard Pretty | Mr. Pretty is expected to testify regarding his knowledge of Pl's employment, Def's policies and procedures and other matters discussed in his deposition. |
| 4 | Donna Anderson | Ms. Anderson is expected to testify regarding her knowledge of Pl's employment, Def's policies and procedures and other matters discussed in her deposition. |
| 5 | Edwin Ericson | Mr. Ericson is expected to testify regarding his knowledge of Pl's employment, Def's policies and procedures and other matters discussed in his deposition. |
| 6 | Jill Krebs | Ms. Krebs is expected to testify regarding her knowledge of Pl's employment, Def's policies and procedures and other matters discussed in her deposition. |
| 7 | Connie Retherford | Ms. Retherford is expected to testify regarding her knowledge of Pl's employment, Def's policies and procedures and other matters discussed in her deposition. |
| 8 | Anne Leung | Ms. Leung is expected to testify regarding her knowledge of Pl's employment and her knowledge and experience working in the Annuity Department. |

| PLF. NO. | PLAINTIFF NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|---|
| 9 | Dr. Earl Scheidler | Dr. Scheidler as Plaintiff's Primary Care Physician is expected to testify regarding his treatment of Paintiff and information contained in her medical records that were produced in discovery. |
| 10 | Dr. Nancy Wenker | Dr. Wenker, as Pl's therapist, is expected to testify regarding her treatment of Plaintiff and information contained in her medical records that were produced in discovery. |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |