IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT,

        Plaintiff

v                                  Civil C-1-02-75

UNION CENTRAL,

        Defendant.

## ORDER

    Parties are advised that the above styled case is SCHEDULED for Jury Selection and Trial on Monday, August 23, 2004 at 9:00 a.m.

    Counsel shall appear with their client and/or a representative with settlement authority for a Final Pretrial Conference on Tuesday, August 17, 2004 at 9:00 a.m.

**IT IS SO ORDERED.**

                                              **s/Herman J. Weber**
                                        Herman J. Weber, Senior Judge
                                        United States District Court

*Rev.5/01*