1

```
              UNITED STATES DISTRICT COURT.

               SOUTHERN DISTRICT OF OHIO

                    WESTERN DIVISION


    ------------------------------------
                                        :
    DONNA SCOTT,                        :
                                        :
                    Plaintiff,          :
                                        :
              vs.                       :   CASE NO.
                                        :   C-1-02-075
    THE UNION CENTRAL LIFE,             :
    INSURANCE COMPANY,                  :
                    Defendant.          :
                                        :
    ------------------------------------



         DEPOSITION OF:    JOHN JACOBS

         TAKEN:            By the Plaintiff

         DATE:             June 27, 2003

         TIME:             Commencing at 1:18 p.m.

         PLACE:            Offices of:
                           The Union Central Life
                           Insurance Company
                           1876 Waycross Road
                           Cincinnati, Ohio   45240

         BEFORE:           Raymond E. Simonson
                           Registered Merit Reporter
                           Notary Public-State of Ohio
```

APPEARANCES:

    On behalf of the Plaintiff:

        GEORGE M. REUL, ESQ.
            of
        Freking & Betz
        Fifth Floor
        215 East Ninth Street.
        Cincinnati, Ohio    45202

    On behalf of the Defendant:

        DEBORAH DeLONG, ESQ.
            of
        Dinsmore & Shohl, LLP
        1900 ChemEd Center
        255 East Fifth Street.
        Cincinnati, Ohio    45202

Also present:  Donna Scott

- - -

## STIPULATIONS

It is stipulated by and between counsel for the respective parties that the deposition of JOHN JACOBS, a witness herein, may be taken at this time by Counsel for the Plaintiff as upon cross-examination pursuant to the Federal Rules of Civil Procedure; that the deposition may be taken in stenotypy by the notary public-court reporter and transcribed by him out of the presence of the witness; that the transcribed deposition is to be submitted to the witness for his

1   Q.   Do you ever remember having any
2   individual meetings with Ms. Scott?
3   A.   Yes.
4   Q.   Okay. Tell me about what you can
5   remember about that.
6   A.   The particular circumstance that I do
7   specifically recall, Donna came to me with a concern
8   about whether she would be able to secure an NASD
9   license, which we had made a requirement for Annuity
10  Service Reps. We were interested in cross-training
11  all of our Reps to be able to value both variable
12  annuities and fixed annuities. And to do variable
13  annuities we needed our people to be NASD-security
14  licensed.
15       Donna and I discussed her concerns. I
16  indicated I would check into how well founded those
17  concerns were; in other words, was it going to be a
18  problem? She had a hesitancy to fill out the
19  application without knowing whether it was going to be
20  an issue for the licensing or not. And then I
21  proceeded to make those inquiries.
22  Q.   Okay. This was a new requirement that
23  the Company was putting in place for the Annuity Reps
24  to have the NASD license?

1    A.    Yes.

2    Q.    What time frame are we talking about?

3    A.    The best I can give you is the mid '90's.

4    Q.    Okay.

5    A.    I really couldn't pin down a year.

6    Q.    And what do you recall about the nature
7 of Donna's concern with the NASD license?

8    A.    That there was something in her
9 background that, in a background search, would be
10 exposed that she felt could disqualify her from
11 getting the license. And she was concerned, then,
12 about her job if she got disqualified for the license.

13    Q.    Okay. Do you know what it was in her
14 background that she was concerned about?

15    A.    No, I don't specifically know.

16    Q.    You said you looked into it for her. Can
17 you describe for me, as best you can remember, kind of
18 what you did and what the result was?

19    A.    I contacted somebody -- and I don't
20 remember who the somebody was -- and asked them if
21 they could make a discreet inquiry with the NASD as to
22 whether a particular issue would or would not
23 disqualify somebody.

24    I'm assuming, but I can't remember

1  specifically, that I asked them to talk to Donna about
2  what the particular issue was. And I recall that the
3  answer came back that the issue she had a concern
4  about -- the NASD said they would not disqualify her
5  from being licensed and that, therefore, was not going
6  to be an issue.
7       Q.    Okay. Do you think you knew at the time
8  what her concern was in terms of what it was in her
9  background, and you just can't remember exactly
10 sitting here today?
11      A.    No, I honestly had no idea then or now
12 the nature of the concern.
13      Q.    Okay. Do you recall at any time prior to
14 Ms. Scott leaving the Company, which was April 2001,
15 being made aware that she had concerns regarding pay
16 issues in Annuity?
17      A.    Yes.
18      Q.    Okay. Tell me about that.
19      A.    I have a general awareness that she had
20 concerns. I can't tell you specifically how I became
21 aware of that, but that there were concerns over
22 whether she was being paid adequately compared to
23 other people in the department.
24      Q.    Okay. Do you think that might have been

1  something that Mr. Pretty would have made you aware
2  of?
3      A.    That would be the most logical
4  conclusion.
5      Q.    Okay. Do you think that was something
6  that would come to your attention prior to you
7  becoming President? Maybe while you had direct
8  responsibility for Annuity?
9      A.    I would assume so.
10     Q.    Okay. Did you recommend any particular
11 course of action in terms of dealing with that issue
12 and concern over pay?
13     A.    I have no specific recollection of
14 specifically how it was discussed or what I might have
15 recommended.
16     Q.    Okay. Do you know whether Mr. Pretty or
17 anybody else in the Company took any action to kind of
18 investigate the circumstances of her concern?
19     A.    My general recollection is yes, but I
20 don't recall the specifics.
21     Q.    Do you know whether gender or age was a
22 factor according to Ms. Scott at that time with the
23 pay issue?
24           I don't know if that question was really