UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FINAL PRETRIAL CONFERENCE**

DONNA SCOTT,

v                                                                    Civil: C-02-75

UNION CENTRAL,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury/Elizabeth Brockmeier

-------------------------------------------------------------------------------------------------------------
**Appearances:** R. Freking, G. Reul, D. Scott (Pltf) & J. Scott for Pltf; D. DeLong, M. Newman & L. Martini (Rep) for Deft.

Case called for a Final Pretrial Conference. Mtn in Limine Denied. Trial setting of 8/23/04 at 9AM is Confirmed. Order to issue.

Date: August 16, 2004
TIME: 9:00 a.m.. - 12:20 p.m.