UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA SCOTT,

        Plaintiff,

    v.                              Case No. C-1-02-75

THE UNION CENTRAL
LIFE INSURANCE COMPANY,

        Defendant.

## ORDER

This matter is before the Court upon plaintiff's motion in limine (doc. 37), which defendant opposes (doc. 38). Pursuant to the record established at the conference held on August 17, 2004, and the Sixth Circuit's decision in ***Sperberg v. Good Year Tire & Rubber Co.***, 519 F.2d 708 (6th Cir. 1975), plaintiff's motion is **DENIED** without prejudice to her right to object to the challenged evidence at trial.

    **IT IS SO ORDERED.**

                                S/ Herman J. Weber
                                Herman J. Weber, Senior Judge
                                  United States District Court

J:\HJWA\02-75.lim.wpd