# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DONNA SCOTT | : | Case No. C-1-02-075 |
| | : | J. Weber; Mag. J. Hogan |
| Plaintiff, | : | |
| | : | |
| v. | : | **PLAINTIFF'S NOTICE OF FILING** |
| | : | **PROPOSED JURY INSTRUCTIONS** |
| THE UNION CENTRAL LIFE | : | |
| INSURANCE COMPANY | : | |
| | : | |
| Defendant. | : | |

Plaintiff hereby gives notice of filing her Proposed Jury Instructions. These Instructions were served upon Defendant via facsimile and regular U.S. Mail on August 16, 2004. Pursuant to the Court's Order, Plaintiff will deliver to the Court a diskette for these Proposed Jury Instructions and file with the Court highlights of Defendant's Proposed Instructions on or before August 19, 2004.

Respectfully submitted,

/s/ George M. Reul, Jr.
Randolph H. Freking (0009158)
George M. Reul, Jr. (0069992)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
Phone: (513) 721-1975
Fax: (513) 651-2570
E-mails: randy@frekingandbetz.com
greul@frekingandbetz.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 18, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ George M. Reul, Jr.