UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES – JURY TRIAL**

**DONNA SCOTT**
  -vs-                                                                                            C-1-02-075
**UNION CENTRAL LIFE INSURANCE COMPANY**
---------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Darlene Maury/Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Randolph H. Freking and George M. Reul, Jr.
FOR DEFENDANT: Deborah DeLong and Elizabeth F. Martini

**DATE:** Monday, August 23, 2004
**TIME:**  9:00 a.m. – 12:00 p.m. (Voir Dire and Jury Impanelment)
        1:15 p.m. – 3:50 p.m. (Opening statements and jury released)
        3:50 p.m.  – 4: 30 p.m. (Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **1st day of JURY TRIAL.**  Voir Dire and Jury impanelment.  Opening Statements and matters outside presence of jury. Court recessed until 9:00 a.m.