UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

DONNA SCOTT
   -vs-　　　　　　　　　　　　　　　　　　　　　　C-1-02-075
UNION CENTRAL LIFE INSURANCE COMPANY
---------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

PRESENT:

FOR PLAINTIFF: Randolph H. Freking and George M. Reul, Jr.
FOR DEFENDANT: Deborah DeLong and Elizabeth F. Martini

DATE: Tuesday, August 24, 2004
TIME:  9:00 a.m. – 9:15 a.m. (Matters outside presence of jury)
       9:15 a.m. – 11:45 a.m. (Plaintiff's evidence begins)
     11:45 a.m. – 1:15 p.m. (Lunch recess)
      1:15 p.m. – 4:30 p.m.  (Evidence continues – jury released – court
                     recessed)

DOCKET ENTRY:

Case called before J. Weber for **2nd day of JURY TRIAL**. Plaintiff's evidence begins.
Court recessed until 9:00 a.m. August 25, 2004.

WITNESSES: Anne Leung
           Connie Retherford
           Donna Anderson
           Donna Scott