UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA M. SCOTT, | : | Case No. C-1-02-075 |
| | : | Judge Herman J. Weber |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE UNION CENTRAL LIFE | : | **NOTICE OF REDACTION** |
| INSURANCE COMPANY, | : | **OF PLAINTIFF'S EXHIBIT** |
| | : | **35 AND WITHDRAWAL** |
| Defendant. | : | **OF EXHIBIT 36** |

Plaintiff has redacted certain portions of Exhibits 35-3, 35-11, and 35-36 regarding insurance and unemployment compensation matters.  See attached.  Plaintiff has fully redacted pages 1 and 2 of Exhibit 35 as well, both relating to collateral benefits.  Plaintiff withdraws Exhibit 36.

Respectfully submitted,

/s/ Randolph H. Freking
George M. Reul, Jr., Esq. (#0069992)
Randolph H. Freking, Esq. (#0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street Fifth Floor
Cincinnati, OH  45202
(513) 721-1975/(513) 721-1975 (fax)
*randy@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 25, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

                              /s/ Randolph H. Freking