## KENWOOD PSYCHOLOGICAL SERVICES

### Confidential Patient Information

NAME: Donna Scott  Today's Date: 7/25/01
ADDRESS: 4920 Bordeaux RD  D.O.B.: 8/21/47
Mason, Ohio 45040  S.S.#: 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
HOME PHONE: 398-6306  WORK PHONE: N/A
MARITAL STATUS: Married  EDUCATION: HS
NAMES and AGES of CHILDREN: Michelle 32   Jason 24
Joshua 22
EMPLOYER: Was Union Central Life
REFERRAL SOURCE: Dr. Scheidler
INSURANCE: United Health Care   213749   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
(Company)    (Group #)    (I.D.#)

Jonathan Scott
(Cardholder's Name)    (Insurance Address)

877-355-7272    $10.00
(Insurance Phone # for Providers)   (Required Co/Pay? If so, amount?)

Is precertification required? _____    If so, has it been obtained? _____
(Yes / No)    (Yes / No)

In case of emergency, is there someone you would wish me to contact? Listing the name, along with your signature on the next page) conveys permission for me to do so:

Jon Scott   Same
(Name)    (Address)

   V.M 1-800-359-0002
   ext 7133
Same   (513) 398-6306
(Home Phone)    (Work Phone)

35-2

## Multiaxial Evaluation

Axis I: Clinical Disorders

DSM-IV Name: _Maj Dep. Episode_    Diagnostic Code: ___

Axis II: Personality Disorders / Mental Retardation

DSM-IV Name: _No Diagnosis for Pers. Disorder._    Diagnostic Code: ___

Axis III: General Medical Conditions

ICD-9-CM Code: _Depression Anxiety / Sleep probs - / Stomach probs -_    ICD-9-CM Name: ___

Axis IV: Psychosocial and Environmental Problems

Check:
- ___ Problems with primary support group    Specify: _None_
- ✓ Problems related to the social environment    Specify: _Isolated - all social was work rel._
- ___ Educational problems    Specify:
- ___ Occupational problems    Specify:
- ___ Housing problems    Specify:
- ✓ Economic problems    Specify: _Loss of job + benefits - Maj Concern -_
- ___ Problems with access to health care systems    Specify:
- ✓ Problems involving the legal system / crime    Specify: [redacted]
- ___ Other psychosocial and environmental problems    Specify:

Axis V: Global Assessment of Functioning (GAF) Scale

| 100-91 | 90-81 | 80-71 | 70-61 | 60-51 | 50-41 | 40-31 | 30-21 | 20-11 | 10-1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| Superior | Absent or Minimal Symptoms | Transient and Expectable Reactions | Mild Symptoms | Moderate Symptoms | Serious Symptoms | Some Impairment | Delusions or Hallucinations | Some Danger | Persistent Danger | Inadequate Information |

(50-41 circled)

GAF Score: _50_

Estimate of Patient Information:   Reliable ✓   Questionable ___   Unreliable ___

Motivation for Treatment:   High ___   Reasonable ___   Poor ✓    _unless she stays in treatment_

Prognosis:   Excellent ___   Good ___   Fair ✓   Guarded ___   Poor ___

The information contained in this report has been based on my personal evaluation.

_____   _Psychology_
Signature                 Specialty

35-11
35.

Donna [?]
Oct. 1, 02

1. ~~[redacted]~~

2. ~~[redacted]~~
3. ~~[redacted]~~

The meds have been doing better until after meeting @ atty → this was a real downer. Have to focus on pos. of life right now —

Started redoing + using the relaxation tapes —
They are helping
Keeping a journal —
I will do somewhat better + then another

- Completely off Celexa → only Effexor and [Trazogen?] —
- Need to get a lot of [exercise?] —
  — use tapes —

- No further anxiety attacks —
- The dream sequences are disturbing —
  Need to look at how it relates to this major part —
- Will see in 2 wks —

35-36