UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES - JURY TRIAL

DONNA SCOTT
   -vs-                                                      C-1-02-075
UNION CENTRAL LIFE INSURANCE COMPANY

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

PRESENT:

FOR PLAINTIFF: Randolph H. Freking and George M. Reul, Jr.
FOR DEFENDANT: Deborah DeLong and Elizabeth F. Martini

DATE: Wednesday, August 25, 2004
TIME: 9:00 a.m. -11:45 a.m. (Plaintiff's evidence continues)
       11:45 a.m. - 1:30 p.m. (Lunch recess)
       1:30 p.m. - 4:30 p.m. (Evidence continues - jury released - court recessed)

DOCKET ENTRY:

Case called before J. Weber for 3rd day of JURY TRIAL. Plaintiff's evidence begins. Court recessed until 9:00 a.m. August 26, 2004.

WITNESSES: Connie Retherford
                Donna Scott
                Rebecca Deppen