UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA M. SCOTT, | : | Case No. C-1-02-075 |
| Plaintiff, | : | Judge Herman J. Weber |
| | : | Magistrate Judge Timothy S. Hogan |
| v. | : | |
| | : | **NOTICE OF FILING DEPOSITION** |
| THE UNION CENTRAL LIFE INSURANCE COMPANY, | : | **TRANSCRIPT OF DONNA SCOTT** |
| Defendant. | : | |

Please take notice that Defendants have filed the deposition transcript of Donna M. Scott.

Respectfully submitted,

*Deborah DeLong*
Deborah DeLong (0014174)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8356

Trial Attorney for Defendant,
The Union Central Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Randolph H. Freking, Esq., and George M. Reul, Jr., Esq., Freking & Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202, by hand delivery this 26th day of August, 2003.

*[signature]*

[#928872]