UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DONNA SCOTT**
   -vs-                                                                             C-1-02-075
**UNION CENTRAL LIFE INSURANCE COMPANY**
------------------------------------------------------------------

Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>
Law Clerk <u>Laura Ahern</u>
Court Reporter <u>Julie A. Wolfer (Official)</u>
Courtroom Deputy <u>Betsi Brockmeier</u>

**PRESENT:**

FOR PLAINTIFF: Randolph H. Freking and George M. Reul, Jr.
FOR DEFENDANT: Deborah DeLong and Elizabeth F. Martini

**DATE:** Thursday, August 26, 2004
**TIME**: 9:00 a.m. –12:00 p.m. (Plaintiff's evidence continues)
      12:00 p.m. – 1:15 p.m. (Lunch recess)
      1:15 p.m. – 4:10 p.m.  (Evidence continues – plaintiff rests – defense
                                     evidence begins – defense rests – jury released –
                                     court recessed)

      4:10 p.m. – 4:45 p.m. (Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **4th day of JURY TRIAL**.  Plaintiff's evidence continues.  Plantiff rests. Defense evidence begins.  Defense rests. Jury released until 9:00 a.m. August 30, 2004.  Admission of exhibits.

WITNESSES:  Rebecca Deppen
              Richard Pretty
              Edwin Ericson