UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DONNA SCOTT**
   -vs-                                                                          C-1-02-075
**UNION CENTRAL LIFE INSURANCE COMPANY**
-------------------------------------------------------------------
Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>
Law Clerk <u>Laura Ahern</u>
Court Reporter <u>Julie A. Wolfer (Official)</u>
Courtroom Deputy <u>Betsi Brockmeier</u>

**PRESENT:**

FOR PLAINTIFF: Randolph H. Freking and George M. Reul, Jr.
FOR DEFENDANT: Deborah DeLong and Elizabeth F. Martini

**DATE:** Friday, August 27, 2004
**TIME**:  9:00 a.m. –9:45 a.m. (Motions argued)
      2:30 p.m. – 4:45 p.m.  (Charge conference)

**DOCKET ENTRY:**

Case called before J. Weber for **5th day of JURY TRIAL.**  Motions argued.  Charge conference.