UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DONNA SCOTT**
   -vs-                                                                      C-1-02-075
**UNION CENTRAL LIFE INSURANCE COMPANY**
-------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Randolph H. Freking and George M. Reul, Jr.
FOR DEFENDANT: Deborah DeLong and Elizabeth F. Martini

**DATE:** Monday, August 30, 2004
**TIME**: 9:00 a.m. –9:30 a.m. (Matters outside presence of jury)
       9:35 a.m. – 10:25 a.m.  (Charge to jury)
       10:45 a.m. – 11:45 a.m. (Plaintiff's closing argument)
       11:45 a.m. – (Defense closing argument begins)
       12:00 p.m. – 1:00 p.m. (Lunch recess)
      1:00 p.m. – l:30 p.m. (Defense closing argument)
      1:30p.m. – 1:40 p.m. (Rebuttal)
      1:40 p.m. – 1:50 p.m. (Final charge to jury)
      1:50 p.m.  – 5:00 p.m. (Jury deliberations begin and verdict returned)

**DOCKET ENTRY:**

Case called before J. Weber for **6th day of JURY TRIAL.** Matters outside presence of jury. Charge to jury. Closing arguments of counsel. Final charge to jury. Jury deliberations. Return of verdict. Judgment to be entered in favor of the defendant.