AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DONNA SCOTT,
        Plaintiff

**WITNESS LIST - PLAINTIFF**

v.

**CASE NO. C-1-02-75**

UNION CENTRAL LIFE INS. CO.,
        Defendant

Presiding Judge  
Herman J. Weber, Senior Judge

Plaintiff Attorney  
Randolph H. Freking, Esq.  
George M. Reul, Esq.

Defendant Attorney  
Deborah DeLong, Esq.  
Michael J. Newman, Esq.

Trial Date  
August 23, 2004

Court Reporter  
Julie A. Woler

Courtroom Clerk  
Betsi Brockmeier

| Pltf. | Def. | Date Offered | Description of Witness |
|---|---|---|---|
|  |  | 8/24 | Donna Scott |
| X |  | 8/25 | Rebecca Deppen - AS IF ON CROSS |
| X |  | 8/26 | Richard Pretty - AS IF ON CROSS |
| X |  | 8/24 | Donna Anderson |
|  | X | 8/26 | Edwin Ericson |
|  |  |  | Jill Krebs |
|  | X | 8/24 | Connie Retherford - AS IF ON CROSS |
| X |  | 8/24 | AnneLeung |
|  |  |  | Dr. Earl Scheidler |
|  |  |  | Dr. Nancy Wenker |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |