AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DONNA SCOTT,
          Plaintiff

v.

UNION CENTRAL LIFE INS. CO.,
          Defendant

**WITNESS LIST - DEFENDANT**

CASE NO. C-1-02-75

| | |
|---|---|
| Presiding Judge<br>Herman J. Weber, Senior Judge | Plaintiff Attorney<br>Randolph H. Freking, Esq.<br>George M. Reul, Esq. |
| Defendant Attorney<br>Deborah DeLong, Esq.<br>Michael J. Newman, Esq. | |
| Trial Date<br>August 23, 2004 | Court Reporter<br>Julie A. Woler |
| Courtroom Clerk<br>Betsi Brockmeier | |

| Pltf. | Def. | Date Offered | Description of Witness |
|---|---|---|---|
| | | | Donna Scott (As if on cross-examination) |
| | | 8/26 | Richard Pretty |
| | | | Rebecca Deppen |
| | | 8/24 | Connie Retherford |
| | | | Dan Woodard |
| | | | Jeremy Whiting |
| | | | Tom McCarthy |
| | | | Jill Krebs |
| | | | Donna Anderson |
| | | | John Jacobs |
| | | | Pat Jones |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |