UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA SCOTT                                : Case No. C-1-02-075
                                           : J. Weber
        Plaintiff,                   :
                                           : **PLAINTIFF'S EXHIBIT LIST**
v.                                         :
                                           :
THE UNION CENTRAL LIFE                     :
INSURANCE COMPANY                          :
                                           :
        Defendant.                   :

| Pltf. No. | Deft. No. | Date Issued | Date Offered | Obj. | Adm. | Description of Exhibits |
|---|---|---|---|---|---|---|
| 1. |  | W/D | 8/26 |  |  | Section 8 of Defendant's Employee Manual Re: Grievance Procedure |
| 2. |  | 8/25 |  |  | 8/26 | For The Record: Donna Scott dated 2/5/01 |
| 3. |  | 8/25 |  |  |  | Letter to Rick Pretty and Connie Retherford from Donna Scott dated 2/5/01 |
| 4. |  | 8/25 |  |  |  | Letter to Rick Pretty and Connie Retherford from Donna Scott dated 3/6/01 |
| 5. |  | 8/24 |  |  |  | Donna Scott Performance Evaluations |
| 6. |  |  |  |  |  | Letters of Appreciation for Donna Scott while in the Human Resource Department |
| 7. |  | 8/25 |  |  |  | Letter of Appreciation for Donna Scott dated 5/5/98 |
| 8. |  | 8/25 |  |  |  | Letter of Appreciation for Donna Scott dated 1/20/99 |
| 9. |  |  |  |  |  | Letter of Appreciation for Donna Scott dated 1/22/99 |
| 10. |  | 8/25 |  |  |  | Letter of Appreciation for Donna Scott dated 2/1/99 |
| 11. |  | 8/25 |  |  |  | Letter of Appreciation for Donna Scott dated 9/17/99 |

| Pltf. No. | Deft. No. | Date Issued | Date Offered | Obj. | Adm. | Description of Exhibits |
|---|---|---|---|---|---|---|
| 12. | | 8/24 | 8/26 | | 8/26 | E-mail to Becky Deppen from Anne Leung regarding Donna Scott dated 10/5/99 |
| 13. | | 8/25 | | | | Letter of Appreciation for Donna Scott dated 9/14/00 |
| 14. | | 8/25 | | | | Various e-mails between Connie Retherford and Donna Scott regarding position with Jim Ascheman |
| 15. | | 8/24 | | | | Inter-Office Memo to Rick Pretty from Connie Retherford regarding Annuity Interviews dated 4/10/01 |
| 16. | | 8/24 | ↓ | | ↓ | Annuity Division Interview Summaries |
| 17. | | W/D | | | | Connie Retherford's handwritten notes regarding Donna Scott |
| 18. | | W/D | | | | Defendant's Responses to Request for Information from Ohio Department of Job and Family Services dated 4/18/01 |
| 19. | | W/D | | | | Letter to Ohio Department of Job and Family Services from Defendant dated 5/29/01 |
| 20. | | 8/24 | 8/26 | | 8/26 | Position Description for Annuity Client Service Representative IV and Key Annuity Contacts list |
| 21. | | 8/25 | ↓ | | ↓ | E-mail to Donna Scott from Richard Pretty regarding Service Allotment Request dated 12/15/97 |
| 22. | | W/D | | | | Letter to EEOC from Defendant regarding response to letter of 9/18/01 dated 10/3/01 with attachments |
| 23. | | 8/24 | 8/26 | | 8/26 | Salary Ranges for 1996-2002. |
| 24. | | 8/25 | | | | Merit Increase Matrix for 1996-2002 |
| 25. | | 8/24 | ↓ | | ↓ | Monthly Reports of Salary for the Annuity Department for 1998-2002 |
| 26. | | W/D | | | | Application for Employment by Donna Scott |
| 27. | | 8/25 | 8/26 | | 8/26 | Daniel Woodard personnel file excerpts |

| Pltf. No. | Deft. No. | Date Issued | Date Offered | Obj. | Adm. | Description of Exhibits |
|---|---|---|---|---|---|---|
| 28. | | 8/24 | 8/26 | | 8/26 | Edwin Ericson personnel file excerpts |
| 29. | | 8/25 | | | | Union Central Employee Manual |
| 30. | | | | | | Union Central Values |
| 31. | | 8/24 | | | | Union Central Annual Reports 1999-2000 |
| 32. | | 8/24 | | | | Donna Scott W-2 forms 1998-2000 |
| 33. | | 8/24 | | | | Donna Scott benefit statements for 2000 and 2001 |
| 34. | | 8/25 | | | | [reserved] E-MAIL FROM C. LETHERFORD |
| 35. | | 8/25 | REDACTED | | | Dr. Wenker medical records for Plaintiff |
| 36. | | W/D | | | | Dr. Scheidler medical records for Plaintiff |
| 37 | | 8/26 | 8/26 | | 8/26 | E-MAIL FROM D. SCOTT TO R. PRETTY |

Plaintiff reserves the right to amend this list, introduce any of Defendant's exhibits, and introduce rebuttal exhibits as necessary.

Respectfully submitted,

/s/ George M. Reul, Jr.
Randolph H. Freking (0009158)
George M. Reul, Jr. (0069992)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
Phone:  (513) 721-1975
Fax:  (513) 651-2570
E-mails:  randy@frekingandbetz.com
            greul@frekingandbetz.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ George M. Reul, Jr.