DONNA SCOTT

v.

UNION CENTRAL LIFE INSURANCE COMPANY

C-1-02-075

August, 2004

| TITLE | PAGE NO. |
|---|---|
| FUNCTION OF THE JURY | 1 |
| BURDEN OF PROOF — Preponderance of the Legal Evidence | 2 |
| EVIDENCE | 3 |
| DIRECT AND CIRCUMSTANTIAL EVIDENCE | 5 |
| CREDIBILITY OF WITNESSES | 6 |
| IMPEACHMENT | 8 |
| EXHIBITS | 9 |
| SUMMARIES, CHARTS, AND DIAGRAMS | 10 |
| NOTE-TAKING | 11 |
| ALL PERSONS EQUAL BEFORE THE LAW | 12 |
| AGENTS | 13 |
| STATEMENT OF THE CASE | 14 |
| DISCRIMINATION – AGE AND GENDER | 15 |
| PLAINTIFF'S BURDEN OF PROOF: Disparate Treatment Claim | 16 |
| "MOTIVATING FACTOR" – DEFINITION | 17 |

SIMILARLY SITUATED – DEFINITION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

RETALIATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

PROTECTED ACTIVITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

CAUSAL CONNECTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

DEFENDANT'S STATED LEGITIMATE REASONS . . . . . . . . . . . . . . . . . . . . . . . 22

BUSINESS DECISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

EMPLOYER'S CREDIBILITY DETERMINATION . . . . . . . . . . . . . . . . . . . . . . . . 25

"PRETEXT" – DEFINITION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

EQUAL PAY ACT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

PREFACE TO INSTRUCTION ON DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . 28

DAMAGES – INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

DAMAGES – BACK PAY AND BENEFITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

MITIGATION OF DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

COMPENSATORY DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

DAMAGES – FRONT PAY. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

PUNITIVE DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

CLEAR AND CONVINCING LEGAL EVIDENCE . . . . . . . . . . . . . . . . . . . . . . . . 37

WILLFUL VIOLATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

NO DOUBLE RECOVERY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

ATTORNEY'S FEES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

VERDICT FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

CLOSING REMARKS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42