IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA SCOTT,

        Plaintiff

    v.                                          C-1-02-075

THE UNION CENTRAL LIFE
INSURANCE COMPANY,

        Defendant

## SPECIAL VERDICTS

We, the Jury, unanimously determine our Special Verdict as follows:

1)     Do you find by a preponderance of the legal evidence that defendant, the Union Central Life Insurance Company, retaliated against plaintiff, Donna Scott, for engaging in protected activity?



    _____YES        ✓\_\_\_\_NO

2)     Do you find by a preponderance of the legal evidence that defendant, The Union Central Life Insurance Company, discriminated against plaintiff, Donna Scott, on the basis of her gender, female?



    _____YES        ✓\_\_\_\_NO

3) Do you find by a preponderance of the legal evidence that defendant, The Union Central Life Insurance Company, discriminated against plaintiff, Donna Scott, on the basis of her age?

_____YES    __✓___NO

4) If you answered "Yes" to Special Verdict Nos. 1, 2 or 3, what amount of money, if any, do you award plaintiff, Donna Scott?

$_____0_____ back pay

$_____0_____ future or front pay

$_____0_____ compensatory damages

5) Did defendant Union Central Life Insurance Company prove by a preponderance of the legal evidence that plaintiff, Donna Scott, failed to mitigate her damages?

__✓___YES    _____NO

6) If you answered "Yes" to Special Verdict No. 5, what is the amount defendant, Union Central Life Insurance Company, proved by a preponderance of the legal evidence should be deducted from plaintiff Donna Scott's damages because of her failure to mitigate her damages?

$  0

7) If you answered "Yes" to Special Verdict Nos. 1 or 2, did plaintiff, Donna Scott, prove by clear and convincing legal evidence that defendant, The Union Central Life Insurance Company, acted with actual malice or with reckless indifference to plaintiff's known rights in retaliating or discriminating against her?

_____YES    __✓__NO

8) If you answered "Yes" to Special Verdict No. 7, what amount of punitive damages, if any, do you wish to award plaintiff, Donna Scott, from defendant, The Union Central Life Insurance Company?

$  0 _____ punitive damages

9) If you answered "Yes" to Special Verdict No. 3, did plaintiff, Donna Scott, prove by a preponderance of the legal evidence that defendant, The Union Central Life Insurance Company, willfully discriminated against her because of her age?

_____YES        \_\_✓\_\_ NO

10) Do you find by a preponderance of the legal evidence that defendant, The Union Central Life Insurance Company, engaged in unlawful pay discrimination against plaintiff, Donna Scott?

_____YES        \_\_✓\_\_NO

11) If you answered "Yes" to Special Verdict No. 10, what amount of money, if any, do you award plaintiff, Donna Scott, for lost pay and benefits?

$\_\_\_\_\_0\_\_\_\_\_ lost pay and benefits

12) If you answered "Yes" to Special Verdict No. 10, did plaintiff, Donna Scott, prove by a preponderance of the legal evidence that defendant, The Union Central Life Insurance Company, willfully engaged in unlawful pay discrimination against plaintiff, Donna Scott?

\_\_\_\_\_YES            ✓\_\_\_\_\_NO

*[signatures]*

*Ilesa Tumbleson*
*Judith L. Zacks*
*Terry Todd*
*Jennie M. Siedentopf*

8-30-04
Date