IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA SCOTT,
        Plaintiff

v                                    Civil C-1-02-75

UNION CENTRAL LIFE
INSURANCE COMPANY,
        Defendant,

## ORDER

Pursuant to the Special Verdict returned in this case by the Jury, on

August 30, 2004 which was accepted and entered by this Court, judgment is

GRANTED in favor of the defendant, Union Central Life Insurance Company and

against the Plaintiff, Donna Scott on all of her claims.  The case is hereby

DISMISSED and TERMINATED on the docket of this Court at Plaintiff's cost.

**IT IS SO ORDERED.**

                            **_____s/Herman J. Weber_____**
                               Herman J. Weber, Senior Judge
                               United States District Court

*Rev.5/01*