**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

DONNA SCOTT,

    Plaintiff,

-vs-                                                Case No.    C-1-02-75

UNION CENTRAL LIFE
INSURANCE CO.,

    Defendant,

---

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| x | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

Judgment is GRANTED in favor of the defendant, Union Central Life Insurance Company and against the Plaintiff, Donna Scott on all of her claims. This case is hereby DISMISSED and TERMINATED on the docket of this Court at Plaintiff's cost.


Date:   August 31, 2004                                 JAMES BONINI., CLERK

                                                                       By:s/   Darlene Maury
                                                                       Darlene Maury, Deputy Clerk