# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DONNA SCOTT, | : | Case No. C-1-02-075 |
| | : | J. Weber |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE UNION CENTRAL LIFE | : | |
| INSURANCE COMPANY, | : | **PLAINTIFF'S MOTION FOR LEAVE** |
| | : | **OF COURT TO COMMUNICATE** |
| Defendant. | : | **WITH JURORS** |

Pursuant to Local Rule 47.1, Plaintiff moves the Court for an order granting both parties leave to communicate with the jurors. It is understood that counsel will only communicate with jurors who demonstrate a willingness to respond.

Respectfully submitted,

/s/ George M. Reul, Jr.
Randolph H. Freking, Esq. (#0009158)
George M. Reul, Jr., Esq. (#0069992)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street Fifth Floor
Cincinnati, OH 45202
(513) 721-1975\(513) 651-2570 (fax)
randy@frekingandbetz.com
greul@frekingandbetz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ George M. Reul, Jr.