IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA SCOTT,
        Plaintiff

v                                                 Civil C-1-02-75

UNION CENTRAL LIFE,
        Defendant,

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Conference on Tuesday, September 14, 2004 at 1:30 p.m. The Court will at that time address Plaintiff's Motion for Leave of Court to Communicate with Jurors.

**IT IS SO ORDERED.**

                                             _____s/Herman J. Weber_____
                                             Herman J. Weber, Senior Judge
                                             United States District Court

*Rev.5/01*