UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – MOTION

DONNA SCOTT
        v.                                        C-1-02-75
UNION CENTRAL LIFE INSURANCE CO.
------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

DATE:  Tuesday, September 14, 2004
TIME:  1:30 p.m. – 2:00 p.m.

**PRESENT:**

FOR PLAINTIFF:   George M. Reul, Jr.
FOR DEFENDANT:  Deborah DeLong and Michael J. Newman

**DOCKET ENTRY:**

Case called before J. Weber for hearing on Motion for Leave of Court to Communicate with Jurors. Arguments of counsel. Motion denied. Order to issue.

J:\DOCUMENT\KAREN\CIVIL\MINUTES\02-75.wpd