# EXHIBIT A

## COURT REPORTER DEPOSITION FEES FOR TRANSCRIPTS FILED WITH THE COURT

/360

| | |
|---|---|
| To: | MIKE NEWMAN, ESQ. |
| Fax: | 977-8141 |
| From: | Annette McKeehan Schoch, RPR, CM |
| Date: | 9-1-04 |
| Pages: | 9 (including cover)   4  30 |



| | |
|---|---|
| SUBJECT: | SCOTT v. UNION CENTRAL |

From the desk of...

Annette McKeehan Schoch, RPR, CM
Certified Court Reporter

P.O. Box 58641
Cincinnati, Ohio 45258

(513) 941-9464
Fax: (513) 941-4092

# *Annette McKeehan Schoch*

*Registered Professional Reporter*
*Registered Merit Reporter*

| BILL TO |
|---|
| Deborah DeLong, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio 45202 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/7/2003 | 3144 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UnionCentra | Net 30 | 2-10-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 663.00 | 663.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Exh. Management/Document Reproduction | | 5.70 | 5.70 |
| Postage/Courier   4-14-03 | | 4.15 | 4.15 |

DONNA SCOTT -vs-
UNION CENTRAL LIFE
C-1-02-075

Depo of: R. DEPPEN
Taken:   2-10-03
Reporter: TW

Federal ID #: 31-1503265              **Total**       $672.85

P.O. Box 58641 • Cincinnati, Ohio 45258-3641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail amsdepo@fuse.net

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

| BILL TO |
|---|
| Deborah DeLong, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio 45202 |

| DATE | INVOICE # |
|---|---|
| 5/7/2003 | 3146 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UnionCentra | Net 30 | 2-11 & 2-12-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript Vol.#1 & #2 | 1 | 801.00 | 801.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Exh. Management/Document Reproduction | | 4.10 | 4.10 |
| Postage/Courier 4-14-03 | | 4.15 | 4.15 |
| | | | |
| DONNA SCOTT -vs- | | | |
| UNION CENTRAL LIFE | | | |
| C-1-02-075 | | | |
| | | | |
| Depo of: C. RETHERFORD | | | |
| Taken: 2-11-02 & 2-12-02 | | | |
| Reporter: TW | | | |

Federal ID #: 31-1503265

**Total** $809.25

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail amsdepo@fuse.net

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

| BILL TO |
|---|
| Deborah DeLong, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio 45202 |

| DATE | INVOICE # |
|---|---|
| 7/14/2003 | 3227 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UnionCentra | Net 30 | 5-12-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 279.00 | 279.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier 6-3-03 | | 5.00 | 5.00 |
| | | | |
| DONNA SCOTT -vs- | | | |
| UNION CENTRAL LIFE | | | |
| C-1-02-075 | | | |
| | | | |
| Depo of: EDWIN ERICSON | | | |
| Taken: 5-12-03 | | | |
| Reporter: RS | | | |

Federal ID #: 31-1503265

**Total**   $284.00

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail amsdepo@fuse.net

# *Annette McKeehan Schoch*

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

**BILL TO**

Deborah DeLong, Esq.
Dinsmore & Shohl, LLP
1900 ChemEd Center
255 East Fifth Street
Cincinnati, Ohio  45202

| DATE | INVOICE # |
|---|---|
| 9/18/2003 | 3283 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UnionCentra | Net 30 | 5-23-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 141.00 | 141.00 |
| Litigation Support Package (Below) |  | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII |  | 0.00 | 0.00 |
| Postage/Courier   6-24-03 |  | 5.00 | 5.00 |

DONNA SCOTT -vs-
UNION CENTRAL LIFE
C-1-02-075

Depo of: DONNA ANDERSON
Taken: 5-23-03
Reporter: TW

Federal ID #: 31-1503265

**Total** $146.00

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail amsdepo@fuse.net

# *Annette McKeehan Schoch*

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

**BILL TO**
Deborah DeLong, Esq.
Dinsmore & Shohl, LLP
1900 ChemEd Center
255 East Fifth Street
Cincinnati, Ohio 45202

| DATE | INVOICE # |
|---|---|
| 9/18/2003 | 3285 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UnionCentra | Net 30 | 5-14-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 156.00 | 156.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier  6-25-03 | | 5.00 | 5.00 |
| | | | |
| DONNA SCOTT -vs- | | | |
| UNION CENTRAL LIFE | | | |
| C-1-02-075 | | | |
| | | | |
| Depo of: JILL KREBBS | | | |
| Taken:  5-14-03 | | | |
| Reporter: AS | | | |

Federal ID #: 31-1503265          **Total**          $161.00

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail amsdepo@fuse.net

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

| BILL TO |
|---|
| Deborah DeLong, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio  45202 |

| DATE | INVOICE # |
|---|---|
| 9/18/2003 | 3287 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UnionCentra | Net 30 | 5-16-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 306.00 | 306.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier  6-13-03 | | 5.00 | 5.00 |
| | | | |
| DONNA SCOTT -vs- | | | |
| UNION CENTRAL LIFE | | | |
| C-1-02-075 | | | |
| | | | |
| Depo of: RICHARD PRETTY | | | |
| Taken:  5-16-03 | | | |
| Reporter: MM | | | |

Federal ID #: 31-1503265

**Total**  $311.00

P.O. Box 58641  •  Cincinnati, Ohio 45258-8641  •  (513) 941-9464
Fax (513) 941-4092  •  E-Mail amsdepo@fuse.net

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

| BILL TO | DATE | INVOICE # |
|---|---|---|
| Deborah DeLong, Esq.<br>Dinsmore & Shohl, LLP<br>1900 ChemEd Center<br>255 East Fifth Street<br>Cincinnati, Ohio 45202 | 8/10/2004 | 3909 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UnionCentra | Net 30 | 6-27-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript (Backordered) 8-2-04, Expedite | 1 | 180.00 | 180.00 |
| Overnight | | 0.00 | 0.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier, 8-4-04 | | 5.50 | 5.50 |

DONNA SCOTT vs.
UNION CENTRAL LIFE INSURANCE
C-1-02-075

Depo of: JOHN JACOBS
Taken: 6-27-03
Reporter: RS

Federal ID #: 31-1503265

**Total** $185.50

P.O. Box 58641  •  Cincinnati, Ohio 45258-8641  •  (513) 941-9464
Fax (513) 941-4092  •  E-Mail amsdepo@fuse.net

## Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

| BILL TO |
|---|
| Deborah DeLong, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio  45202 |

| DATE | INVOICE # |
|---|---|
| 8/10/2004 | 3910 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UnionCentra | Net 30 | 5-23-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript (Backordered) 8-2-04, Expedite Overnight | 1 | 186.00 | 186.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier, 8-4-04 (Included with Jacobs) | | 0.00 | 0.00 |
| | | | |
| DONNA SCOTT vs. | | | |
| UNION CENTRAL LIFE INSURANCE | | | |
| C-1-02-075 | | | |
| | | | |
| Depo of:  PATRICIA JONES | | | |
| Taken:    5-23-03 | | | |
| Reporter: TW | | | |

| Federal ID #: 31-1503265 | **Total** | $186.00 |
|---|---|---|

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail amsdepo@fuse.net



ACE REPORTING SERVICES . ACE VIDEO SERVICES
620 Cincinnati Club Building . 30 Garfield Place . Cincinnati, Ohio 45202-4364
513/241-3200 . FAX 513/241-7958 . 800/277-7165

# FACSIMILE TRANSMITTAL

| | |
|---|---|
| Date and Time: | Monday, September 13, 2004    10:30 AM |
| To: | Mike Newman |
| Company: | Dinsmore & Shohl |
| Fax No.: | 977-8428 |
| From: | Sherry Gregory |
| Company: | Ace Reporting Services |
| Phone No.: | (513) 241-3200 |
| Fax No.: | (513) 241-7958 |
| No. of Pages: | 2, including cover |

Message:

Please let me know if I can be of further assistance.

*Sherry*

If you do not receive the complete transmission, please call us immediately.

This facsimile transmission is meant solely for whom it is addressed. If you have received this in error, please discard immediately as we consider this to be a confidential communication.

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137121 | 11/18/2002 | 01-66299 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/05/2002 | MULLLI | C1-02075 |

**CASE CAPTION**

Donna Scott vs. The Union Central Life Ins. Co.

**TERMS**

Due upon receipt

Deborah DeLong, Esq.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-4719

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  Donna Scott        AC
              CONCORDANCE INDEXING       20.00 PAGES
              COURIER
(TAXABLE   $    787.00)

TOTAL DUE >>>>    787.00

25 DAY SUB THROUGH MR. REUL'S OFFICE. ORIG DEL BY COURIER 11/18/02

TAX ID NO.: 31-0725254                                         (513) 977-8200   Fax 977-8141

*Please detach bottom portion and return with payment*

Deborah DeLong, Esq.
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-4719

TOTAL DUE    787.00

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:                       Zip:
Cardholder's Signature:

Remit To:  Ace Reporting Services
           30 Garfield Place
           Suite 620
           Cincinnati, OH 45202-4364