**EXHIBIT B**

**FEES ASSOCIATED WITH WITNESS RICHARD PRETTY**

# Facsimile

The Union Central
Life Insurance Company
1876 Waycross Road
PO Box 40888
Cincinnati, Ohio 45240
(513) 595 2918 Fax

2  49

# UnionCentral

| | |
|---|---|
| **TO:** | MICHAEL NEWMAN, ESQ.  *1360*<br>DINSMORE & SHOHL LLP |
| **FAX NO:** | 513-977-8141 |
| **FROM:** | ELIZABETH F. MARTINI<br>SECOND VICE PRESIDENT & COUNSEL<br>LAW & CORPORATE RELATIONS DEPARTMENT<br>(513) 595-2856 |
| **DATE:** | September 10, 2004 |
| **NUMBER OF PAGES:** | 4 (including cover sheet) |
| **RE:** | Donna Scott |

**COMMENTS:**

Per your request, here are the receipts for Rick Pretty's travel expenses.

Sincerely,

Liz

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE RECEIVER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DISTRIBUTION OF THIS COMMUNICATION TO OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY COLLECT TELEPHONE AT (513) 595-2984, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
                                                   ITINERARY
                                                   PAGE NO. 1
                                              PNR: 1P-MLEPJM
                                              BK-28/V03

                                      ETKT EXCH/24AUG

   UNION CENTRAL
   1876 WAYCROSS RD
   CINCINNATI OH 45240

   PRETTY/RICHARD
                         LW 001         014100              25AUG04
                                                           CONFIRMED
V WE 25AUG SERVICE FEE
    2004   AIRLINE TICKET
A WE 25AUG LV BALTIMORE-BWI    555P    DELTA       703V OK
           AR CINCINNATI       737P                         0STOP 757
           DL CONFO *3CCRX7
                              SEAT     03-D  **RESERVED**
                                       PRETTY/RICHARD
                                       CHECK IN- 25AUG WED/1500
H WE 25AUG THE WESTIN CINCINNATI       CHECK OUT-26AUG THU/1200
           21 EAST 5TH STREET          GUARANTEED TO CREDIT CARD-CA
           CINCINNATI OH US 45202
           PHONE-513-621-7700
           FAX-513-852-5670
           CONFO-C941186063                    RATE GUARANTEED-USD

           2DBEDS RACK RATE
           RATE INFO-EFF 25AUG04 285.00
           CANCEL RQRMTS-CXL AFTR25AUG04TM16:00 AMT:285.00 USD
           PERSONS INCLUDED IN RATE-1

A TH 26AUG LV CINCINNATI       720P    DELTA       949V OK
           AR BALTIMORE-BWI    857P                         0STOP 757
           DL CONFO *3CCRX7
                              SEAT     03-C  **RESERVED**
                                       PRETTY/RICHARD
                                                           CONFIRMED
V WE 24NOV HOLD
    2004
                                                           CONFIRMED
V MO 23MAY HOLD
    2005

PASSENGER
PRETTY/RICHARD

800-354-4514/AAA 24 HOUR LINE
ADVISE AGENT YOUR CODE IS V03
****NEW SECURITY PROCEDURES AT ALL AIRPORTS****
PHOTO I.D. REQUIRED-NAME ON TICKET MUST MATCH I.D.         598.21
ALL LUGGAGE IS SUBJECT TO INSPECTION
ALLOW 1-2 HOURS FOR AIRPORT CHECKIN FOR ALL FLTS
THE FARE IS 598.21 TKT 6755421 6607
NONREFUNDABLE SUBJECT TO PENALTY/CHANGE FEE
U61/N
U62/898.20
                       HAVE A PLEASANT TRIP

 (CO)DE:  A-AIR   H-HOTEL   C-CAR   T-TOUR   S-SURFACE  V-OTHER TRVL SERVCS
 (ST)ATUS: OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT  SA-STANDBY
```

```
B.W.I. AIRPORT PARKING
MAIN TERMINAL GARAGE
MARYLAND PARKING


Rcpt# 1110
08/26/04 21:26   Lno 36   Txn# 8070
08/25/04 16:07 In   08/26/04 21:26 Out
Tkt# 124628
Fee ......4    $   50.80
Total Tax      $    1.20
Total Fee      $   52.00
AMERICAN EXP   $   52.00-
XXXXXXXXXXX1006 07/05
Approval No.: 513050
Reference No.: 23926083
Change Due     $    0.00
THANK YOU
HAVE A SAFE TRIP
```

```
HOLIDAY INN-CINTI AIRP
1717 AIRPORT EXCHANGE
ERLANGER, KY 410183132
      TID: ED4161300
08/26/04                15:48:54
              SALE
4161300546
SERVER #:   14
BATCH: 158
AX xxxxxxxxxxx1006
APPR CODE: 549423
INV#: 000007


AMOUNT:           $ 21.89

TIP:
                ===========
TOTAL:

              CUSTOMER COPY
```

# WESTIN
### HOTELS & RESORTS

Richard Pretty
1001 Fleet St. 6th Fl
Baltimore MD 21O2

Arrival    08/25/04
Departure 08/26/04
Confirm No 675011                                    Room Number:   0629

Information Folio

The Westin Hotel Cincinnati, 08/25/04  Printed At 01:53  By  JOHNF    Page # 1
 *(513) 621-7700 - Telephone (513) 852-5670 - Fax - cinci@westin.com - Email

| Date  | Reference           | Charge  | Credit |
|-------|---------------------|---------|--------|
| 08/25 | Room Charge         | 285.00  |        |
| 08/25 | State Sales Tax 7%  | 19.95   |        |
| 08/25 | City Occup.Tax 4%   | 11.40   |        |
| 08/25 | Cnty Occup.Tax 6.5% | 18.53   |        |

                              Total     334.88

                              Balance   334.88 USD