## EXHIBIT C

## COPYING COSTS AT COPYPLEX

1053551v1

# CopyPLEX

# Invoice

Invoice Number:
CP03051914

Invoice Date:
May 27, 2003

400 Tri-State Building
432 Walnut Street
Cincinnati, Ohio 45202

(513) 381-COPY(2679)

Page:
1

Sold To:
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Ship to:
Loraine B.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Dinsmore01 | | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| ZIM100 | | 5/27/03 | 5/27/03 |
| Quantity | Item | Description | Unit Price | Extension |
| 1,327.00 | | Color Laser Copies | 0.85 | 1,127.95 |
| 7,075.00 | | Level III Copies | 0.14 | 990.50 |
| 30.00 | | Sq. Ft. Oversize | 1.25 | 37.50 |

Received by: _____

Check No:

Federal Tax ID Number: 31-1422582

Subtotal            2,155.95
Sales Tax             129.36
Total Invoice Amount  2,285.31
Payment Received
**TOTAL**             2,285.31