UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA SCOTT,

        Plaintiff,

    v.                                   Case No. C-1-02-75

THE UNION CENTRAL
LIFE INSURANCE COMPANY,

        Defendant.

## ORDER

This matter is before the Court upon plaintiff's Motion for Leave of Court to Communicate with Jurors (doc. 71). Pursuant to the record established at the hearing held on September 14, 2004, the motion is **DENIED**.

    **IT IS SO ORDERED.**

                                            S/ Herman J. Weber
                                          Herman J. Weber, Senior Judge
                                             United States District Court

J:\HJWA\02-75jury.wpd